#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIAZ AFZAL,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-86** |
| | : | |
| **AMERICAN BOARD OF INTERNAL MEDICINE** | : | |
| | : | |

## ORDER

**AND NOW**, this 20th day of January 2022, following our January 13, 2022 Order (ECF Doc. No. 5) granting the pro se Plaintiffs' Motion to proceed *in forma pauperis* now requiring our screening consistent with Congress' mandate before issuing summonses, and for reasons in an accompanying Memorandum finding the pro se Plaintiffs fail to state a claim, it is **ORDERED**:

1. Plaintiffs' Complaint (ECF Doc. No. 2) is **DISMISSED** without prejudice to file an amended Complaint no later than **February 18, 2022**;

2. We may close the case for failure to timely file an amended Complaint; and,

3. The Clerk of Court shall <u>not</u> issue summons until further Order.

_____
**KEARNEY, J.**