IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIAZ AFZAL,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-86** |
| | : | |
| **AMERICAN BOARD OF INTERNAL MEDICINE** | : | |
| | : | |

# ORDER

**AND NOW**, this 3rd day of February 2022, consistent with Congress's mandate we screen complaints approved to proceed without paying filing fees, studying Plaintiff's Amended Complaint (ECF Doc. No. 8) and "supplement" which we must construe as a second Amended Complaint (ECF Doc. No. 9) following our Order (ECF Doc. No. 8) dismissing the Complaint with leave to amend to plead a state actor and a constitutional claim, and for reasons in the accompanying Memorandum finding the pro se Plaintiff fails to state a claim, it is **ORDERED**:

1. Plaintiff's second Amended Complaint (ECF Doc. No. 9) fails to state a claim requiring we **DISMISS** his claims with prejudice after his third attempt; and,

2. The Clerk of Court shall **CLOSE** this case.

                                                                                        **KEARNEY, J.**